**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1736

NAWAL ALI,

Plaintiff - Appellant,

v.

BC ARCHITECTS ENGINEERS, PLC,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:18-cv-01385-AJT-MSN)

Submitted:  December 14, 2022                    Decided:  December 29, 2022

Before WYNN and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Arinderjit Dhali, DHALI PLLC, Washington, D.C., for Appellant. Lars H. Liebeler, LARS LIEBELER, P.C., Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nawal Ali appeals the district court's order on remand awarding summary judgment to BC Architects Engineers, PLC on Ali's retaliatory termination claim under 42 U.S.C. § 1981. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Ali v. BC Architects Eng'rs, PLC*, No. 1:18-cv-01385-AJT-MSN (E.D. Va. May 28, 2021). We also deny as moot BC Architects Engineers, PLC's motion for summary disposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*